**DISMISS and Opinion Filed May 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01090-CV**

**KEVIONN D. COMPTON, Appellant**
**V.**
**PGH BRONZE, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04777-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

After appellant failed to timely file his brief, we directed appellant by postcard dated March 18, 2022 to file the brief within ten days and cautioned him that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).



        /Robert D. Burns, III/
        ROBERT D. BURNS, III
        CHIEF JUSTICE

211090F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KEVIONN D. COMPTON,
Appellant

No. 05-21-01090-CV      V.

PGH BRONZE, LLC, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-04777-
D.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 9, 2022